IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01155-RPM

KRISTI GRABENSTEIN,

      Plaintiff,

v.

CIGNA CORPORATION, d/b/a CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY
OF NORTH AMERICA and
ARROW ELECTRONICS, INC.,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **September 19, 2008, at 10:30 a.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.  The conference is conducted with counsel only and no parties or

representatives of parties will be permitted to attend.

      Dated: August 4th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

   .                                Richard P. Matsch, Senior District Judge