IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01155-RPM

KRISTI GRABENSTEIN,

    Plaintiff,

v.

CIGNA CORPORATION, d/b/a CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY
OF NORTH AMERICA and
ARROW ELECTRONICS, INC.,

    Defendants.

---

ORDER EXCUSING COUNSEL FOR DEFENDANT ARROW ELECTRONICS INC'S
PARTICIPATION AT THE OCTOBER 16, 2008 SCHEDULING CONFERENCE

---

    After review of Defendant Arrow Electronics, Inc.'s Unopposed Motion for Leave to Attend Scheduling Conference by Telephone, filed October 15, 2008 [14], it is

    ORDERED that defendant Arrow Electronics Inc.'s counsel Neil A. Capobianco's participation at the October 16, 2008, 2:00 p.m. Scheduling Conference is excused. It is

    FURTHER ORDERED that the motion [14] is moot.

    Dated: October 15th, 2008

                                  BY THE COURT:

                                  s/ Richard P. Matsch

    .                              Richard P. Matsch, Senior District Judge