IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01155-RPM

KRISTI GRABENSTEIN,

    Plaintiff,

v.

CIGNA CORPORATION, d/b/a CIGNA GROUP INSURANCE,
LIFE INSURANCE COMPANY OF NORTH AMERICA, and
ARROW ELECTRONICS, INC.,

    Defendants.

---

### ORDER

---

**THIS MATTER**, having come before the Court, the Court having reviewed the Stipulation for Dismissal without Prejudice and the file, having considered said Stipulation for Dismissal, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulation for Dismissal without Prejudice is GRANTED. Plaintiff's claims against CIGNA are dismissed without prejudice to refile at a later date if appropriate, each party to pay its own costs, expenses, and attorney fees, and "CIGNA Corporation, d/b/a CIGNA Group Insurance" will hereafter be omitted from the caption.

DATED this day of October 16, 2008.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge