IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01155-RPM

KRISTI GRABENSTEIN,

      Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA and
ARROW ELECTRONICS, INC.,

      Defendants.

---

## ORDER FOR STATUS REPORT

---

On December 10, 2009, plaintiff's counsel filed a status report, stating that within two

weeks the parties would submit appropriate settlement documents to the court or otherwise

inform the court of the status of this matter.  Nothing further has been filed and it is therefore

ORDERED that counsel file a status report with the court by March 27, 2009.

Dated:   March 17th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

.                                Richard P. Matsch, Senior District Judge