IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01155-RPM

KRISTI GRABENSTEIN,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA and
ARROW ELECTRONICS, INC.,

    Defendants.

---

ORDER FOR DISMISSAL WITH PREJUDICE

---

    Pursuant to the Stipulation for Dismissal with Prejudice, filed May 1, 2009 [23], it is

    ORDERED that plaintiff's claims asserted against defendants and this civil action are dismissed with prejudice with each party to bear its own attorneys' fees and costs.

    Dated: May 4th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

    .                            _____
                              Richard P. Matsch, Senior District Judge